# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROCHELLE VAUGHN,

        Plaintiff,

v.

JOHN E POTTER,

        Defendant.

                                /

No. C 09-05746 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 30, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 30, 2010.

DESIGNATION OF EXPERTS: 12/17/10; REBUTTAL: 1/14/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 23, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by January 14, 2011;

    Opp. Due January 28, 2011; Reply Due February 4, 2011;

    and set for hearing no later than February 18, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 26, 2011 at 3:30 PM.

JURY TRIAL DATE: May 9, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court will related C-10-0748 to this case.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                  SUSAN ILLSTON
                                                  United States District Judge