WAUKEEN Q. McCOY, ESQ., (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, CA. 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

Attorney for Plaintiff
ROCHELLE VAUGHN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Rochelle Vaughn, | Case No. C10-00748SI |
|---|---|
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF ROCHELLE VAUGHN** |
| v. | |
| John E. Potter, Postmaster General, | |
| Defendant. | |

TO THE COURT, TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff ROCHELLE VAUGHN has substituted counsel WAUKEEN Q. McCOY (SBN: 168228), LAW OFFICES OF WAUKEEN McCOY, 703 Market Street, Suite 1407, San Francisco, CA 94103, Tel. (415) 675-7705, Fax (415) 675-2530, E-mail: mccoylawsf@yahoo.com as her sole attorney. The substitution is effective immediately.

Respectfully Submitted,

Date: October 04, 2010

LAW OFFICES OF WAUKEEN Q. McCOY

/S/ Waukeen McCoy
Waukeen Q. McCoy, Esq.

IT IS SO ORDERED
Judge Susan Illston

1

CERTIFICATE OF ROCHELLE VAUGHN

I, ROCHELLE VAUGHN, hereby declare under penalty of perjury that the information contained in this Notice of Substitution of Counsel is true and correct and that if called to testify regarding this matter, I would testify to these same facts.

Date: October 04, 2010

s/ Rochelle Vaughn
Rochelle Vaughn, Plaintiff